UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re: Debra L. Kelley

Case No. 07-44312-swr
Chapter 13

Debtor(s)
_____/

**ORDER DISMISSING CASE FOR FAILURE TO FILE DOCUMENTS**
Chapter 13 Income Form 22 C.

The Court is advised that the debtor(s) have failed to file documents required under F.R.Bankr.P. 1007. After further review, it has been determined that the missing documents have not been timely submitted nor has a timely request for an extension of time been filed. NOW, THEREFORE,

**IT IS ORDERED** that pursuant to L.B.R. 1007-1(d) (E.D.M.), the above entitled case is **DISMISSED**.

Dated: JUL 1 3 2007

United States Bankruptcy Judge